IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY THOM LUONG, | No. CIV S-04-2665-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Pursuant to the stipulation of the parties, and good cause appearing therefor, the time for defendant to respond to plaintiff's motion for summary judgment is extended.

///
///
///
///
///

1

1  Accordingly, IT IS HEREBY ORDERED that defendant shall file her response on
2  or before October 17, 2005.
3
4  DATED: September 22, 2005.
5
6  _____
   **CRAIG M. KELLISON**
7  UNITED STATES MAGISTRATE JUDGE